UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: August 31, 1999
**CIVIL NO. 98-2448 (DRD)**
LAW CLERK: Nathan J. Schulte

======================================================================

CASIMIRO MEJIAS,                    Attorney: Harry A. **EZRATTY**
   Plaintiff,
   v.
TRANSOCEANIC CABLE SHIP CO.,        William A. **GRAFFAM**
   Defendant.

======================================================================

An INITIAL SCHEDULING CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court has revised the deadlines that follow accordingly. **DEADLINES:**

The Court establishes the following deadlines beginning on August 31, 1999:

1)   **Plaintiff to identify expert witness**- Completed within **30 days**;

2)   **Plaintiff to fully comply with FRCP 26**- Completed within **30 days after Step 1**);

3)   **Defendants to identify expert witness**- Completed within **30 days after Step 2**);

4)   **Defendants to fully comply with FRCP 26**- Completed **30 days after Step 3**);

5)   **All discovery ends**- Completed within 150 days, that is by **January 31, 2000**;

6)   **Dispositive Motions**- Filed by **February 29, 2000**;

NO EXTENSIONS shall be granted. All deadlines are FINAL and FATAL.
   The **Pre-trial Conference** will be held on Tuesday, **March 14, 2000 at 4:30 p.m.**.
   The Parties are strongly encouraged to explore settlement as discovery matures.

                                                LAW CLERK

s/c: Counsel of record
P:\FINALORD ERS\98-2448 MEM