UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CASIMIRO MEJIAS,
v.
TRANSOCEANIC CABLE SHIP, CO.

CASE NUMBER: 98-2448 (DRD)

## ORDER

The Plaintiff, on March 9, 2000, filed a Voluntary Dismissal (Docket No. 10), stating that the parties have reached settlement of this case and therefore, the Plaintiff requests that the Court dismiss this case with prejudice and without imposition of costs and attorney's fees. Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(ii) and the Plaintiff's motion, the Court **DISMISSES** this case **WITH PREJUDICE** and without imposition of costs and attorney's fees. Judgment shall be entered accordingly.
IT IS SO ORDERED.

Date: March 10, 2000

P \PEACHORD ERS\98-2448 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 MAR 13 AM 8:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:        EOD:

By:         #