UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CASIMIRO MEJIAS,
    v.
TRANSOCEANIC CABLE SHIP, CO.

CASE NUMBER: 98-2448 (DRD)

## JUDGMENT

In accordance with the Court's Order of this same date, the Court hereby **DISMISSES** this case **WITH PREJUDICE** and without imposition of costs and attorney's fees.

IT IS SO ADJUDGED AND DECREED.

Date: March 10, 2000

P:\PEACHORD ERS\98-2448 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 MAR 13 AM 8:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:          EOD:

By:          #